BRYANT v. LOWERY

No. 152 PC.

Case below: 51 N.C. App. 710.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1981.

BURROW v. JONES

No. 194 PC.

Case below: 51 N.C. App. 549.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 July 1981.

FUNGAROLI v. FUNGAROLI

No. 155 PC.

Case below: 51 N.C. App. 363.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1981.

GREEN v. POWER CO.

No. 105 PC.

No. 78 (Fall Term).

Case below: 50 N.C. App. 646.

Petition by Power Company for discretionary review under G.S. 7A-31 allowed 8 July 1981.

IN RE PLUSHBOTTOM AND PEABODY

No. 160 PC.

Case below: 51 N.C. App. 285.

Petition by Plushbottom and Peabody for discretionary review under G.S. 7A-31 denied 8 July 1981.